IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IMPULSE DOWNHOLE SOLUTIONS LTD., AND IMPULSE DOWNHOLE TOOLS USA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> DOWNHOLE WELL SOLUTIONS, LLC, <br> Defendant. | § § § § § § § § § § § § § Civil Action No. 4:23-cv-02954 <br><br> **JURY TRIAL DEMANDED** |

### DECLARATION OF MICHAEL C. KRILL

I, Michael C. Krill, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney at law, admitted to practice law in the State of Texas, and an associate at the law firm of Sheppard, Mullin, Richter & Mullin, LLP. I am counsel for Plaintiffs Impulse Downhole Solutions Ltd., and Impulse Downhole Tools USA Ltd. ("Impulse"). I submit this declaration in support of Impulse's Opposition to Defendant's Motion for Summary Judgment of Non-Infringement ("Impulse's Opposition").

2. Unless otherwise indicated, I have personal knowledge of the facts contained in this declaration and, if so called upon to do so, I could and would testify competently to the matters set forth therein.

3. Additionally, Impulse has not deposed any witnesses in this case or served Defendant with First Set of Interrogatories or Requests for Admissions.

4. Attached as **Exhibit 1** to Impulse's Opposition is a true and correct copy of Court Notice Terminating Initial Conference, dated November 8, 2023.

5. Attached as **Exhibit 2** to Impulse's Opposition is a true and correct copy of Plaintiffs and Counterclaim-Defendants Impulse Downhole Solutions Ltd.'s and Impulse Downhole Tools USA Ltd.'s First Set of Request for Inspection (No. 1) and First Set of Requests for Production (Nos. 1-7) to Defendant Downhole Well Solutions, LLC, served on November 10, 2023.

6. Attached as **Exhibit 3** to Impulse's Opposition is a true and correct copy of an email from Diana Heske to Counsel forwarding service copy of Plaintiffs Impulse Downhole Solutions Ltd.'s and Impulse Downhole Tools USA Ltd.'s Disclosure of Asserted Claims and Preliminary Infringement Contentions with Exhibits A-E, dated December 1, 2023.

7. Attached as **Exhibit 4** to Impulse's Opposition is a true and correct copy of an email from Takuma Nishimura to Michael Karson, dated December 4, 2023.

8. Attached as **Exhibit 5** to Impulse's Opposition is a true and correct copy of Defendant Downhole Well Solutions, LLC's Responses and Objections to First Set of Request for Inspection (No. 1) and First Set of Requests for Production (Nos. 1–7), served on December 11, 2023.

9. Attached as **Exhibit 6** to Impulse's Opposition is a true and correct copy of an email from Michelle Replogle to Michael Karson, dated December 14, 2023.

10. Attached as **Exhibit 7** to Impulse's Opposition is a true and correct copy of an email from Michael Karson to Counsel, dated December 15, 2023.

11. Attached as **Exhibit 8** to Impulse's Opposition is a true and correct copy of Declaration of Harri Kytomaa, dated January 2, 2024.

12. Attached as **Exhibit 9** to Impulse's Opposition is a true and correct copy of an email from Michael Krill to Defendant's Counsel, dated December 27, 2023.

13. Attached as **Exhibit 10** to Impulse's Opposition is a true and correct copy of Impulse's Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions served on December 27, 2023, filed under seal.

14. Attached as **Exhibit 11** to Impulse's Opposition is a true and correct copy of an email from Michael Karson to Michael Krill, dated December 29, 2023.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct. Executed on this 2nd day of January 2024.

/s/ *Michael C. Krill*
**Michael C. Krill**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the above document has been served on January 2, 2024 to all counsel of record via email.

                                                         /s/ *John R. Keville*
                                                         John R. Keville