# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IMPULSE DOWNHOLE SOLUTIONS LTD., AND IMPULSE DOWNHOLE TOOLS USA LTD., | § § § § | |
| | § | Civil Action No. 4:23-cv-02954 |
| Plaintiffs, | § § | |
| v. | § § | **JURY TRIAL DEMANDED** |
| | § | |
| DOWNHOLE WELL SOLUTIONS, LLC, | § § | |
| Defendant. | § § | |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to the Patent Rules 4-3(a) and the Court's Patent Scheduling Order (Dkt. 23), Plaintiffs Impulse Downhole Solutions Ltd. and Impulse Downhole Tools USA Ltd. (collectively, "Impulse") and Defendant Downhole Well Solutions, LLC, ("DWS") hereby provide the Joint Claim Construction and Prehearing Statement for U.S. Patent Nos. 9,637,976, 9,765,584, 10,633,920, 11,268,337, and 10,648,265 (collectively, "Asserted Patents").

**I.     P.R. 4-3(a)(1): Agreed Constructions[1]**

"frat friction reduction tool" ('265 patent, claim 1) means "first friction reduction tool"

**II.    P.R. 4-3(a)(2): Each Party's Proposed Constructions and Support for Disputed Terms**

Attached as Ex. A is a chart identifying each party's proposed construction of each disputed element of a claim. The parties dispute the construction of 31 terms. Of those terms, 2 are proposed jointly, and 29 are proposed by DWS. Exhibit A identifies each party's proposed construction, together with all references from the specification or prosecution history that support that claim

---

[1] Pursuant to P.R. 4-2(c), the parties have met and conferred to narrow the issues and finalize this Joint Claim Construction and Prehearing Statement. The parties will continue to confer and endeavor to reduce the remaining issues for the Court to resolve at the claim construction hearing.

1

construction, and an identification of extrinsic evidence known to the party on which it intends to rely either to support its proposed claim construction or to oppose any other party's proposed claim construction, such as dictionary definitions, citations to learned treatises and prior art, and fact and expert witnesses.

### III.   P.R. 4-3(a)(3): Anticipated Time Necessary for Claim Construction Hearing

The parties anticipate needing approximately 4–5 hours for the claim construction hearing, divided equally between the parties. The parties can be available for additional time should the Court have questions concerning the technology or regarding a party's argument.

The parties propose presenting argument on a term-by-term basis.

### IV.   P.R. 4-3(a)(4): Proposed Witnesses and Summary of Anticipated Testimony

To the extent that the Court permits it and would find it helpful, DWS may offer live expert testimony of Dr. Sam Noynaert.  Dr. Noynaert will offer his opinions on the meaning of a select number of claim terms to a person of ordinary skill in the art at the time of the alleged invention. He will also offer his opinions that a select number of claim terms fail to particularly point and distinctly claim the subject matter of the alleged invention and, therefore, are invalid as indefinite.

Should DWS choose to offer live expert testimony, Impulse anticipates presenting testimony from its expert Dr. Harri Kytömaa. Dr. Kytömaa will rebut any testimony from DWS's expert on whether certain terms of the Asserted Patents are indefinite. More specifically, Dr. Kytömaa will testify that at least the following claim terms are not indefinite because one of ordinary skill in the art would understand their scope given the claim langauge and specification:

| 1. | "a pattern in which an orientation of the flow head at a defined position in a cycle of the rotor is different between consecutive cycles of the rotor" <br> ('976 patent claims 1, 10, and 17) |
|---|---|

| | |
|---|---|
| 2. | "substantially blocked"<br>('584 patent claim 4) |
| 3. | "substantially stopped"<br>('584 patent claims 27 and 33) |
| 4. | "the receiving end is substantially funnel-shaped and comprises at least one aperture permitting drilling fluid flow from an interior of the receiving end to an exterior of the catch component"<br>('920 patent claims 1 and 7) |
| 5. | "the assembly"<br>('337 Patent claims 1 and 3-6) |
| 6. | "assemblies" and "the assemblies"<br>('337 patent claims 7 and 8) |
| 7. | "each assembly"<br>('337 patent claim 8) |
| 8. | "a drilling string"<br>('265 patent claims 1 and 10) |
| 9. | "substantially blocking"<br>('265 patent claim 10) |

Dr. Kytömaa may also rebut any opinions from Dr. Noynaert, including any claim construction opinions or opinions that terms other than those above (which were disclosed in the P.R. 4-2 disclosures) are indefinite.

V.     **P.R. 4-3(a)(5): List of Other Issues for Prehearing Conference and Proposed Dates**

The Parties do not currently anticipate any additional issues that might appropriately be taken up at a prehearing conference before the claim construction hearing. Should the Court want a prehearing conference, however, the parties can provide available dates.

DATED:  March 15, 2024										Respectfully submitted,

*/s/ John R. Keville*
John R. Keville
Texas State Bar No. 00794085
Southern District of Texas ID No. 20922
jkeville@sheppardmullin.com

Michelle C. Replogle
Texas State Bar No. 24034648
Southern District of Texas ID No. 34908
mreplogle@sheppardmullin.com

Michael C. Krill
Texas State Bar No. 24097954
Southern District of Texas ID No. 2782784
mkrill@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

**COUNSEL FOR PLAINTIFFS IMPULSE DOWNHOLE SOLUTIONS LTD. AND IMPULSE DOWNHOLE TOOLS USA LTD.**

/s/ *Michael D. Karson*
Michael D. Karson
*Attorney-in-Charge*
  Texas State Bar No. 24090198
  Southern District of Texas ID No. 3293023
David W. Higer
  Texas State Bar No. 24127850
  Southern District of Texas ID No. 3757251
Grant Tucker
  Texas State Bar No. 24121422
  Southern District of Texas ID No. 3856286
Matthew L. Vitale
  Texas State Bar No. 24137699
  Southern District of Texas ID No. 3864676
WINSTEAD PC
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Telephone: (214) 745-5400
Fax: (214) 745-5390
Email: mkarson@winstead.com
      dhiger@winstead.com
      gtucker@winstead.com
      mvitale@winstead.com

Kyle Watson
  Texas State Bar No. 24047078
  Southern District of Texas ID No. 572417
WINSTEAD PC
24 Waterway Avenue, Suite 500
The Woodlands, Texas 77380
Telephone: (281) 681-5900
Fax: (281) 681-5901
Email: krwatson@winstead.com

**COUNSEL FOR DEFENDANT**
**DOWNHOLE WELL SOLUTIONS, LLC**

5

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing documents has been served on counsel of record who are deemed to have consented to electronic service on March 15, 2024, via electronic filing using the Court's CM/ECF system.

                                               /s/    *John R. Keville*
                                                         John R. Keville