IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IMPULSE DOWNHOLE SOLUTIONS LTD., AND IMPULSE DOWNHOLE TOOLS USA LTD., <br><br>*Plaintiffs*, <br><br>v. <br><br>DOWNHOLE WELL SOLUTIONS, LLC, <br><br>*Defendant*. | § § § § § § § § § § § § § § | Civil Action No. 4:23-cv-02954 <br><br><br><br>**JURY TRIAL DEMANDED** |

## PATENT CASE AMENDED SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule and the Rules of Practice for Patent Cases in the Southern District of Texas will apply in this case:

| 19 | **April 25, 2025** | **DESIGNATION OF EXPERTS AND REQUIRED REPORTS OTHER THAN CLAIM CONSTRUCTION AND ATTORNEYS' FEES** <br> Party with burden of proof ("BOP") on non-construction and fees issues shall comply with Fed. R. Civ. P.26(a)(2)(A-C). |
|---|---|---|
| 20 | **May 30, 2025** | **DESIGNATION OF RESPONSIVE EXPERTS AND REQUIRED REPORTS** <br> Party not having BOP on non-construction and fees issues shall comply with Fed. R. Civ. P. 26(a)(2)(A-C). |
| 21 | **June 20, 2025** | **COMPLETION OF EXPERT DISCOVERY** |
| 22 | **July 11, 2025** | **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS DEADLINES (INCLUDING *DAUBERT* MOTIONS)** |

1

| 23 | **September 17, 2025** | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Fed. R. Civ. P. Rule 26(a)(3), Local Rules and this Court's procedures. Plaintiffs are responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
|---|---|---|
| 24 | **October 1, 2025 at 10:30 a.m.***<br>* Subject to Court's availability. | **FINAL PRETRIAL CONFERENCE** at the United States District Court, Courtroom 3A, Houston, Texas. |
| 25 | **MEDIATION is REQUIRED prior to Docket Call.** | **MEDIATION TO BE COMPLETED BY THIS DATE**<br>The parties must select a mediator for this case. The parties and mediator must comply with S.D. TEXAS LOCAL RULE 16. |
| 26 | **October 14, 2025 at 9:00 a.m.***<br>* Subject to Court's availability. | **JURY SELECTION AND TRIAL** commences, subject to Court's criminal docket |

SIGNED at Houston, Texas on this the 10th day of April, 2025.

_____
THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

2