**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IMPULSE DOWNHOLE SOLUTIONS LTD., AND IMPULSE DOWNHOLE TOOLS USA LTD., | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:23-cv-02954 |
| v. | § § | |
| DOWNHOLE WELL SOLUTIONS, LLC, | § § § | **JURY TRIAL DEMANDED** |
| Defendant. | § § § | |

**JOINT STIPULATION OF PARTIAL DISMISSALS**

Solely in the interests of simplifying this litigation and resolving it as quickly and efficiently as possible, Plaintiffs Impulse Downhole Solutions Ltd. ("IDS") and Impulse Downhole Tools USA Ltd. ("IDT USA") (collectively, "Impulse") and Defendant Downhole Well Solutions, LLC ("DWS") jointly stipulate to dismissal of claims related to U.S. Patent No. 10,648,265 ("the '265 Patent") and U.S. Patent No. 10,633,920 ("the '920 Patent"), and jointly agree to various other terms and conditions to simplify this litigation, as follows:

1.     Impulse's Count IV (Infringement of U.S. Patent No. 10,648,265) of its Complaint (Dkt. 1, ¶¶ 94–114) is dismissed with prejudice.

2.     Impulse's Count V (Infringement of U.S. Patent No. 10,633,920) of its Complaint (Dkt. 1, ¶¶ 115–134) is dismissed with prejudice.

3.     DWS's Fourth Counterclaim (Declaratory Judgment of Non-Infringement of the '265 Patent) of its Answer and Counterclaims (Dkt. 13, ¶¶ 175–179) is dismissed with prejudice.

4.     DWS's Fifth Counterclaim (Declaratory Judgment of Non-Infringement of the '920

1

Patent) of its Answer and Counterclaims (Dkt. 13, ¶¶ 180–184) is dismissed with prejudice.

5.    DWS's Ninth Counterclaim (Declaratory Judgment of Invalidity of the '265 Patent) of its Answer and Counterclaims (Dkt. 13, ¶¶ 204–209) is dismissed without prejudice.

6.    DWS's Tenth Counterclaim (Declaratory Judgment of Invalidity of the '920 Patent) of its Answer and Counterclaims (Dkt. 13, ¶¶ 210–215) is dismissed without prejudice.

This stipulated dismissal is based on the parties' agreement that: (1) aside from the remaining patents in this litigation (i.e., U.S. Patent No. 9,637,976, U.S. Patent No. 9,765,584, and U.S. Patent No. 11,268,337), neither Impulse nor any subsequent assignees will assert the '265 Patent or the '920 Patent, alleging infringement of those patents by the previously Accused Products (that is, those products that are the same as or not colorably different than those involved in this case);[1] and (2) DWS will not reference Impulse's assertion of the '265 Patent and/or the '920 Patent at trial.[2] The parties further agree that, as a result of this Joint Stipulation, there is not presently an actual case or controversy between them regarding the '265 and '920 Patents and the previously Accused Products.    The parties further agree that if Impulse (or any subsequent assignee) asserts any patents subject to DWS's dismissed counterclaims against DWS with respect to any other system or process, DWS may assert counterclaims of non-infringement and invalidity of any such patents.

---

[1] For completeness, the parties' agreement, and their respective stipulated dismissals regarding the issue of infringement, does not encompass DWS's "six-port PowerGLIDE" with "small ports," which the Court held was "not a part of the case."  *See* Dkt. No. 349 at 7.

[2] For completeness, to the extent that any document or evidence expressly referencing, relating, or referring to any allegation of infringement of the '265 and/or the '920 patent prior to this Joint Stipulation is introduced or admitted at trial, the parties will work to redact or otherwise remove such references.

3

With respect to the claims and counterclaims hereby dismissed, each party shall bear its own attorneys' fees and costs.  Further, the parties agree that this stipulation does not constitute a decision on the merits but is instead based on each side's good-faith, reasonable efforts to streamline the issues for trial.

This stipulated dismissal shall be non-appealable.

DATED: February 19, 2026

Respectfully submitted,

| | |
|---|---|
| By: */s/ John R. Keville* | */s/ Michael D. Karson* |
| John R. Keville | Michael D. Karson |
| Attorney-in-Charge | David W. Higer |
| Texas State Bar No. 00794085 | Phillip B. Philbin |
| Southern District of Texas ID No. 20922 | Miranda Y. Jones |
| JKeville@sheppardmullin.com | Matthew L. Vitale |
| | Cody M. Carter |
| Michelle C. Replogle | Winstead PC |
| Texas State Bar No. 24034648 | 2728 N. Harwood, Suite 500 |
| Southern District of Texas ID No. 34908 | Dallas, TX 75201 |
| MReplogle@sheppardmullin.com | Telephone: (214) 745-5400 |
| | mkarson@winstead.com |
| Michael C. Krill | dhiger@winstead.com |
| Texas State Bar No. 24097954 | pphilbin@winstead.com |
| Southern District of Texas ID No. 2782784 | mjones@winstead.com |
| MKrill@sheppardmullin.com | mvitale@winstead.com |
| | ccarter@winstead.com |
| SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP | |
| 845 Texas Ave., 25th Floor | Nadia Haghighatian |
| Houston, Texas 77002 | Austin C. Teng |
| Telephone: (713) 431-7100 | Omar A. Marawi |
| Facsimile: (713) 431-7024 | Winstead PC |
| | 600 W. 5th Street, Suite 900 |
| | Austin, TX 78701 |
| **COUNSEL FOR PLAINTIFFS IMPULSE DOWNHOLE SOLUTIONS LTD. AND IMPULSE DOWNHOLE TOOLS USA LTD.** | Telephone: (512) 370-2800 |
| | nhaghighatian@winstead.com |
| | ateng@winstead.com |
| | omorawi@winstead.com |
| | |
| | Kyle R. Watson |
| | Winstead PC |
| | 24 Waterway Ave., Suite 500 |
| | The Woodlands, TX 77380 |
| | Telephone: (281) 681-5957 |
| | krwatson@winstead.com |
| | |
| | **ATTORNEYS FOR DEFENDANT DOWNHOLE WELL SOLUTIONS, LLC** |

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above document has been served on February 19, 2026 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per the Local Rules.


*/s/ John R. Keville*