IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IMPULSE DOWNHOLE SOLUTIONS LTD and IMPULSE DOWNHOLE TOOLS USA LTD, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 4:23-cv-02954 |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| DOWNHOLE WELL SOLUTIONS, LLC, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Eugene M. Massad, III of Winstead PC, 2728 N. Harwood Street, Suite 500, Dallas, Texas 75201 enters his appearance as counsel of record for Defendant and Counterclaim-Plaintiff Downhole Well Solutions, LLC in the above-numbered and styled cause for purposes of receiving notices and Orders from the Court.

Dated: February 21, 2026     Respectfully submitted,

*/s/ Eugene M. Massad, III*
Michael D. Karson
Attorney-in-Charge
   Texas State Bar No. 24090198
   SDTX Fed. No. 3293023
Phillip B. Philbin
   Texas State Bar No. 15909020
   SDTX Fed. No. 11636
Jamie H. McDole
Texas State Bar No. 24082049
   SDTX Fed. No. 1626626
David W. Higer
   Texas State Bar No. 24127850
   SDTX Fed. No. 3757251
Miranda Y. Jones
   Texas State Bar No. 24065519
   SDTX Fed. No. 1147635
Matthew L. Vitale
   Texas State Bar No. 24137699
   SDTX Fed. No. 3864676
Cody M. Carter
   Texas State Bar No. 24131091
   SDTX Fed. No. 3903320
Eugene M. Massad, III
   Texas State Bar No. 24126247
   SDTX Fed. No. 3943590
WINSTEAD PC
2728 N. Harwood Street
Suite 500
Dallas, Texas 75201
Telephone: (214) 745-5400
Fax: (214) 745-5390
Email: mkarson@winstead.com
       pphilbin@winstead.com
       jmcdole@winstead.com
       dhiger@winstead.com
       mjones@winstead.com
       mvitale@winstead.com
       ccarter@winstead.com
       emassad@winstead.com

       Austin C. Teng  
         Texas State Bar No. 24093247  
         SDTX Fed. No. 3747245  
       Nadia E. Haghighatian  
         Texas State Bar No. 24087652  
         SDTX Fed. No. 2598876  
       Omar A. Marawi  
         Texas State Bar No. 24120991  
         SDTX Fed. No. 3736903  
       WINSTEAD PC  
       600 W. 5th Street, Suite 900  
       Austin, TX  78701  
       Telephone: (512) 370-2800  
       Fax: (512) 370-2850  
       Email: ateng@winstead.com  
             nhaghighatian@winstead.com  
             omarawi@winstead.com  

       Kyle Watson  
         Texas State Bar No. 24047078  
         SDTX Fed. No. 572417  
       WINSTEAD PC  
       24 Waterway Avenue  
       Suite 500  
       The Woodlands, Texas 77380  
       Telephone: (281) 681-5900  
       Fax: (281) 681-5901  
       Email: krwatson@winstead.com  

       *Attorneys for Defendant*  
       *Downhole Well Solutions, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on February 21, 2026, I electronically submitted the foregoing document with the clerk of the United States District Court for the Southern District of Texas, using the electronic case management CM/ECF system of the Court which will send notification of such filing to all counsel of record who are deemed to have consented to electronic service.

/s/ *Eugene M. Massad, III*
Eugene M. Massad, III