# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IMPULSE DOWNHOLE SOLUTIONS LTD., AND IMPULSE DOWNHOLE TOOLS USA LTD., § § § § Plaintiffs, § § v. § § DOWNHOLE WELL SOLUTIONS, LLC, § § Defendant. § | Civil Action No. 4:23-cv-02954<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER QUASHING DEFENDANT'S TRIAL SUBPOENA UNDER FED. R. CIV. P. 45, OR ALTERNATIVELY TO MODIFY THE SUBPOENA

The Court hereby finds that Non-Party Troy Lorenson's Motion To Quash Defendant's Trial Subpoena Under Fed. R. Civ. P. 45, Or Alternatively To Modify The Subpoena, should be **GRANTED.**

SIGNED at Houston, Texas, on this _____ day of _____, 2026.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE