# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| IMPULSE DOWNHOLE SOLUTIONS, LTD, *et al.* <br> *Plaintiffs,* <br><br> v. <br><br> DOWNHOLE WELL SOLUTIONS, LLC, <br> *Defendant.* | § § § § § § § § § § § § CIVIL ACTION NO. 4:23-CV-2954 |

## JURY NOTE _1_

We have reached a virdict

_____
3/5/2026
Date

_____
PRESIDING JUROR *(signature redacted)*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Date:_____

Keith P. Ellison
United States District Judge

*JURY NOTES SHOULD BE USED IN NUMERICAL ORDER. JURY NOTES ARE A PERMANENT PART OF THE RECORD. JURY NOTES SHOULD BE RETAINED AND GIVEN TO THE COURT WITH THE CHARGE AT THE CONCLUSION OF DELIBERATIONS*