## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Impulse Downhole Solutions Ltd., et al.

v.                                                    Case Number: 4:23−cv−02954

Downhole Well Solutions, LLC

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Bench Trial set for 6/15/2026 at 10:00 AM before Judge Keith P Ellison.

**PLACE**
Courtroom 3A Houston
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: May 4, 2026

Nathan Ochsner, Clerk
by A. Rivera , Deputy Clerk